### No. 4760.

WILLIAM HENDERSON VS. PRICE, HINE & TUPPER. JOHN B. LAFITTE & CO., AND MORTON, BLISS & CO., INTERVENORS.

The clause of an answer, wherein is pleaded the general issue, must be taken in connection with other clauses which are equally a part of the defence, and the whole construed together.

Words and sentences which rebut the idea of a partnership are as effectual a denial of it as any set phrase.

Where the allegations of the petition are confined to liability, charged as resulting from a partnership, this precludes a demand for liability resulting from the relations of principal and agent.

APPEAL from the Sixth District Court of New Orleans. SAUCIER, J.

*Thomas Hunton* for Plaintiff. *Breaux, Fenner & Hall* for Defendants. *Carleton Hunt* for Intervenors Appellants.

MANNING, C. J., delivered the opinion reversing the judgment.